The People of the State of New York ex rel. Ramon Alvarez, Appellant, v New York State Division of Parole et al., Respondents.

Submitted September 11, 2006; decided November 20, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of Norman I. Saferstein, Appellant, v Lawyers' Fund for Client Protection, Respondent.

Submitted October 16, 2006; decided November 20, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Marietta Small, Appellant, v Coney Island Site 4A-1 Houses, Inc., et al., Respondents.

Submitted October 10, 2006; decided November 20, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; 2103 [b] [2]).